12950.   JONES v. THE STATE.

BROYLES, C. J.   The grounds of the amendment to the motion for a new
   trial are without substantial merit;   the verdict was authorized by
   the evidence and has been approved by the trial judge.
                    *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
                         DECIDED DECEMBER 13, 1921.

   Accusation of possessing liquor, etc.; from city court of Polk
county — Judge Tison.   September 19, 1921.

   *Mundy & Watkins, Porter & Mebane,* for plaintiff in error.

   *J. A. Wright, solicitor, E. S. Ault,* contra.

---

12953.   USHER v. THE STATE.

BROYLES, C. J.   1. Although evidence when admitted may be objection-
   able as hearsay, not coming strictly within the res gestae, the irreg-
   ularity in admitting it is not such as to require a new trial, if the
   direct facts be proved by another witness whose knowledge of them is
   personal and immediate, and as whose sayings they were detailed by
   the other witness.   *Lovett* v. *State,* 60 *Ga.* 258 (4);   *Smith* v. *State,*
   24 *Ga. App.* 654 (101 S. E. 764);   *Cochran* v. *Meeks,* 25 *Ga. App.* 61 (2)
   (102 S. E. 550).   Under the above ruling, the alleged error complained
   of in the amendment to the motion for a new trial does not require
   another trial of the case.
2. While the evidence of the guilt of the accused, including the identi-
   fication of the stolen property, is wholly circumstantial, the corpus
   delicti was clearly established, and the evidence was such as to show,
   beyond a reasonable doubt, that the cotton found in the possession of
   the defendant was the identical cotton recently stolen from the
   prosecutor, and to exclude every reasonable hypothesis save that of
   the defendant's guilt.   See, in this connection, *Beasley* v. *State,* 12
   *Ga. App.* 256 (77 S. E. 100).   The court did not err in overruling the
   motion for a new trial.
                    *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
                         DECIDED DECEMBER 13, 1921.

   Accusation of larceny; from city court of Madison — Judge
Lambert.   September 17, 1921.

   *Q. L. Williford,* for plaintiff in error.

   *A. G. Foster, solicitor,* contra.